# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ERICA L. FILE and MARCUS D. FILE<br><br>                Defendant. | 8:19CR20<br><br>**ORDER** |

      This matter is before the court on the Defendants' Unopposed Motions to Continue Trial [35] and [36]. Counsel is seeking additional time to complete the investigation into this matter and determine whether settlement of this matter is possible. For good cause shown,

      **IT IS ORDERED** that Defendants' Unopposed Motions to Continue Trial [35] and [36] are granted as follows:

1. The jury trial, **as to both defendants,** now set for April 2, 2019, is continued to **July 23, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 23, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 26th day of March 2019.

                                                BY THE COURT:

                                                s/ Michael D. Nelson<br>
                                                United States Magistrate Judge